UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| COLBERT NICHOLS, | Case No. 3:13-cv-00671-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, et al., | |
| Respondents. | |

Petitioner, who is a prisoner in the custody of the Nevada Department of Corrections, has submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Although the docket states that petitioner has neither paid the filing nor submitted an application to proceed *in forma pauperis*, an application actually is attached to the end of the petition. However, it is missing petitioner's inmate account statement and the financial certificate signed by the appropriate prison official, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

It is therefore ordered that petitioner shall file another application for leave to proceed *in forma pauperis*, accompanied by a signed financial certificate and a statement of his inmate account. The Clerk of the Court shall send petitioner a blank application form for incarcerated litigants. In the alternative, petitioner shall make the necessary arrangements to pay the filing fee of five dollars ($5.00), accompanied by a

copy of this order. Petitioner shall have thirty (30) days from the date that this order is entered to comply. Failure to comply will result in the dismissal of this action.

DATED THIS 6th day of December 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE