AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

COLBERT F. NICHOLS,

    Petitioner,

v.

ISIDRO BACA, et al.,

    Respondent(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:13-cv-00671-MMD-WGC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the second amended petition for a writ of habeas corpus (ECF No. 14) is denied.

March 7, 2017

**DEBRA K. KEMPI**
Clerk

/s/ K. Rusin
Deputy Clerk