UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| COLBERT NICHOLS, | Case No. 3:13-cv-00671-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

Good cause appearing, it is therefore ordered that Petitioner's unopposed motion for an extension of time (first request) (ECF No. 56) is granted.

It is further ordered that Respondents' unopposed motion for enlargement of time (first request) (ECF No. 59) is granted. Respondents will have up to and including February 10, 2020, to file a response to the third amended petition (ECF No. 57).

DATED THIS 25th day of November 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE