UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| COLBERT NICHOLS, | Case No. 3:13-cv-00671-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

Petitioner filed an unopposed motion for an extension of time (first request) (ECF No. 67). The Court finds good cause exists to grant the motion.

It is therefore ordered that Petitioner's unopposed motion for an extension of time (ECF No. 67) is granted. Petitioner will have up to and including April 20, 2020, to file a reply to the answer (ECF No. 61).

DATED THIS 27th day of March 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE