# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| COLBERT NICHOLS,<br><br>                Petitioner,<br>    v.<br>ISIDRO BACA, *et al.*,<br><br>                Respondents. | Case No. 3:13-cv-00671-MMD-WGC<br><br>ORDER |

    Petitioner filed an unopposed motion for an extension of time (third request) (ECF No. 73). The Court finds good cause exists to grant the motion.

    It therefore is ordered that Petitioner's unopposed motion for an extension of time (ECF No. 73) is granted. Petitioner will have up to and including July 20, 2020, to file a reply to the answer (ECF No. 61).

    DATED THIS 19th day of June 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE