# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| COLBERT NICHOLS,<br><br>               Petitioner,<br>   v.<br><br>ISIDRO BACA, *et al.*,<br><br>               Respondents. | Case No. 3:13-cv-00671-MMD-WGC<br><br>ORDER |

Petitioner filed an unopposed motion for an extension of time (fourth request). (ECF No. 75.) The Court finds good cause exists to grant the motion.

It is therefore ordered that Petitioner's unopposed motion for an extension of time (fourth request) (ECF No. 75) is granted. Petitioner will have up to and including August 3, 2020, to file a reply to the answer (ECF No. 61).

DATED THIS 21st day of July 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE